**Order filed May 23, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00315-CV
_____

### EMILIO LOPEZ, Appellant

### V.

### GABRIEL RODRIGUEZ, M.D, Appellee

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-15836**

---

## ORDER

This is an appeal from a judgment signed November 26, 2018. The clerk's record was filed April 26, 2019.

Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the order signed by the trial court on July 9, 2018.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **June 6, 2019**, containing the order signed July 9, 2018.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM